UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22710-CIV-MORENO**

RUDIS O. VELASQUEZ,

      Plaintiff,

vs.

CREST HOTEL GROUP, LLC,

      Defendant.

_____/

**ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 10),** filed on **August 13, 2020**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that in light of the parties settling this action, this case is DISMISSED without prejudice pending the approval of the settlement agreement pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).  The parties are now directed to submit their settlement to the Court detailing the amount of damages and fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of August 2020.

*[signature: Federico A. Moreno]*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record